IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-10255
Summary Calendar
_____

FREDDIE ELLISON BLACK, JR.,

Plaintiff-Appellant,

v.

THOMAS J. CALLAHAN; DEANNA MANESS,
Captain, Wichita County Jail,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(7:93-CV-79)
_____

February 5, 1996
Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Freddie Ellison Black, Jr., appeals the district court's

imposition of sanctions in connection with the dismissal of his

civil rights complaint alleging interference with his mail.  We

[*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

have reviewed the record and the sanctions imposed by the court and find no reversible error.  Accordingly, we AFFIRM those sanctions for the reasons given by the district court.  Black's motions all are DENIED.